UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN ROUCH | Case No. 5:14-cv-00012-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NGB MARKETS, INC. et al., | |
| Defendants. | |

The parties have engaged in no docketed activity since May 28, 2014.[1] The parties have filed no pre-trial briefs, although their pre-trial conference is scheduled for December 2, 2014.[2] Brian Rouch therefore shall show cause in writing why dismissal of this case for failure to prosecute is not warranted based on the lack of filings.

**SO ORDERED.**

Dated: November 26, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 35.

[2] *See* Docket No. 37.